AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

ARSENIO BUCKLEY

Case No.    6:13CR60054-001

USM No.    11864-010

_____Jessica Yarbrough_____
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    _One, Two, and Three_    of the term of supervision.

☐ was found in violation of condition(s) count(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition: New Law Violation (Class A Felony) | September 26, 2022 |
| Two | Mandatory Condition: Use of Controlled Substance | October 6, 2025 |
| Three | Mandatory Condition: Use of Controlled Substance | February 6, 2026 |

    The defendant is sentenced as provided in pages 2 through    _2_    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)    _____    and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    7007

Defendant's Year of Birth:    1986

City and State of Defendant's Residence:
    Arkadelphia, Arkansas

_____July 7, 2026_____
Date of Imposition of Judgment

/s/Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Senior U.S. District Judge
Name and Title of Judge

_____July 7, 2026_____
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:        ARSENIO BUCKLEY
CASE NUMBER:      6:13CR60054-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Eighteen (18) months in the Bureau of Prisons with credit for time served in federal custody. There will be no supervised release to follow.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL